UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GPS INDUSTRIES, INC.  AND OPTIMAL I.P. HOLDINGS, L.P., | § § § |
| *Plaintiffs*, | § **CASE NO. 3:07-CV-0831-K** § |
| **v.** | § **PATENT CASE** § |
| ALTEX CORPORATION, DECA INTERNATIONAL CORP., GOLFLOGIX, INC., GPS GOLF PRO, LLC, GPS TECHNOLOGIES, INC., KARRIER COMMUNICATIONS, L1 TECHNOLOGIES, INC., LINKS POINT, INC., SKYHAWKE TECHNOLOGIES, INC., AND TEE2GREEN TECHNOLOGIES, PTY LTD. | § **JURY DEMANDED** § § **ECF** § § § § § § § § § § |
| *Defendants*. | § |

---

**APPENDIX TO PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO
SUPPLEMENT PRELIMINARY INFRINGEMENT CONTENTIONS AGAINST
DEFENDANT L1 TECHNOLOGIES, INC. AND BRIEF IN SUPPORT**

---

Michael W. Shore, Attorney in Charge
Texas Bar No. 18294915
Alfonso Garcia Chan
Texas Bar No. 24012408
Rajkumar Vinnakota
Texas Bar No. 24042337
Patrick A. Traister
Texas Bar No. 24046991
Sean N. Hsu
Texas Bar No. 24056952
SHORE CHAN BRAGALONE LLP
325 North Saint Paul Street-Suite 4450
Dallas, Texas 75201
214.593.9110 Telephone
214.593.9111 Facsimile
shore@shorechan.com
achan@shorechan.com
kvinnakota@shorechan.com
ptraister@shorechan.com
shsu@shorechan.com

**ATTORNEYS FOR PLAINTIFFS
GPS INDUSTRIES, INC. AND
OPTIMAL I.P. HOLDINGS, L.P.**

## TABLE OF CONTENTS

**Page**

1.      Declaration of Rajkumar Vinnakota .................................................................. App. 0001-0003

     Exhibit A      Plaintiffs' Preliminary Infringement Contentions Regarding
                      U.S. Patent No. 5, 364, 093 Defendant L1 Technologies, Inc.    App. 0004-0011

     Exhibit B      Plaintiffs' Supplemental Preliminary Infringement
                      Contentions Regarding U.S. Patent No. 5, 364, 093
                      Defendant L1 Technologies, Inc. ............................................... App. 0012-0065

2.      Declaration of Alicia Cary-Howell .................................................................... App. 0066-0068

     Exhibit A      Receipt of payment for and shipment of the January 10, 2008
                      iGolf GPS Caddie II order........................................................... App. 0069-0071

Date: March 12, 2008                    Respectfully submitted,


*/s/ Rajkumar Vinnakota*
Michael W. Shore, Attorney in Charge
Texas Bar No. 18294915
Alfonso Garcia Chan
Texas Bar No. 24012408
Rajkumar Vinnakota
Texas Bar No. 24042337
Patrick A. Traister
Texas Bar No. 24046991
Sean N. Hsu
Texas Bar No. 24056952
SHORE CHAN BRAGALONE LLP
325 North Saint Paul Street-Suite 4450
Dallas, Texas 75201
214.593.9110 Telephone
214.593.9111 Facsimile
shore@shorechan.com
achan@shorechan.com
kvinnakota@shorechan.com
ptraister@shorechan.com
shsu@shorechan.com

**ATTORNEYS FOR PLAINTIFFS**
**GPS INDUSTRIES, INC. AND**
**OPTIMAL I.P. HOLDINGS, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT PRELIMINARY INFRINGEMENT CONTENTIONS AGAINST DEFENDANT L1 TECHNOLOGIES, INC. AND BRIEF IN SUPPORT** with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

Dated:  March 12, 2008                    */s/ Rajkumar Vinnakota*