UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GPS INDUSTRIES, INC.  AND** | § | |
| **OPTIMAL I.P. HOLDINGS, L.P.,** | § | |
| | § | |
| *Plaintiffs*, | § | **CASE NO: 3:07CV0831-K** |
| | § | |
| **v.** | § | **PATENT CASE** |
| | § | |
| **ALTEX CORPORATION,** | § | **JURY DEMANDED** |
| **DECA INTERNATIONAL CORP.,** | § | |
| **GOLFLOGIX, INC.,** | § | **ECF** |
| **GPS GOLF PRO, LLC,** | § | |
| **GPS TECHNOLOGIES, INC.,** | § | |
| **KARRIER COMMUNICATIONS,** | § | |
| **L1 TECHNOLOGIES, INC.,** | § | |
| **LINKS POINT, INC.,** | § | |
| **SKYHAWKE TECHNOLOGIES, INC., AND** | § | |
| **TEE2GREEN TECHNOLOGIES, PTY LTD.** | § | |
| | § | |
| *Defendants*. | § | |

### DEFENDANT L1 TECHNOLOGIES, INC.'S NOTICE OF WITHDRAWAL OF RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY [DOC. NO. 305]

Defendant L1 Technologies, Inc. ("L1") files this Notice of Withdrawal with respect to its Response to Plaintiffs' Motion to Compel Discovery from Defendant L1 Technologies, Inc. [Doc. No. 305] ("L1's Response").  L1 timely filed L1's Response on August 19, 2008. Plaintiffs sent a letter stating their position that L1's Response contained confidential information in footnote 2 and requested that L1 withdraw its Response and re-file it under seal.  Although L1 does not believe that footnote 2, or any other portion of L1's Response, discloses confidential information, L1 agreed to Plaintiffs' request.  Accordingly, L1 withdraws Doc. No. 305 and requests that the Court remove it from the docket in this case.

**L1'S NOTICE OF WITHDRAWAL —PAGE 1**

DATED: August 21, 2008

Respectfully submitted,

/s/ *John L. Hendricks*
John L. Hendricks
HITCHCOCK EVERT LLP
750 North St. Paul Street, Suite 1110
Dallas, Texas 75201
(214)953-1111 Telephone
(214)953-1121 Facsimile
jhendricks@hitchcockevert.com

**ATTORNEYS FOR DEFENDANT
L1 TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the attorneys of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on the August 21, 2008.

/s/ John L. Hendricks
John L. Hendricks

**L1'S NOTICE OF WITHDRAWAL —PAGE 2**