UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GPS INDUSTRIES, INC. AND OPTIMAL I.P. HOLDINGS, L.P., | § § § | |
| *Plaintiffs*, | § § | CASE NO: 3:07CV0831-K |
| v. | § § | PATENT CASE |
| ALTEX CORPORATION, DECA INTERNATIONAL CORP., GOLFLOGIX, INC., GPS TECHNOLOGIES, INC., L1 TECHNOLOGIES, INC., LINKS POINT, INC., SKYHAWKE TECHNOLOGIES, INC., AND TEE2GREEN TECHNOLOGIES, PTY LTD. | § § § § § § § § § | JURY DEMANDED ECF |
| *Defendants*. | § | |

**NOTICE OF DEFENDANTS JOINING IN MOTION TO DISMISS FOR
LACK OF SUBJECT MATTER JURISDICTION [DOC. # 376]**

This Notice of Defendants Joining in Motion to Dismiss for Lack of Subject Matter Jurisdiction is filed on behalf of all remaining Defendants in this suit, specifically, Defendants Altex Corporation, Deca International Corp., Golflogix, Inc., GPS Technologies, Inc., L1 Technologies, Inc., Links Point, Inc., and Tee2green Technologies, Pty Ltd. (collectively, "Defendants").

For reasons set forth in Defendant SkyHawke Technologies, LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. #376], Defendant SkyHawke Technologies, LLC's Memorandum of Law in Support of Its Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. #377], Defendant SkyHawke Technologies, LLC's Reply in Further Support of Its Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. #386], and Defendant SkyHawke Technologies, LLC's Motion for Leave to File a Response to Plaintiffs' Brief on

NOTICE OF DEFENDANTS JOINING IN MOTION TO
DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION—PAGE 1

Patent Ownership [Doc. #396], Defendants hereby join with Defendant SkyHawke in its motion

to dismiss for lack of subject matter jurisdiction.


DATED: April 30, 2009            Respectfully submitted,


/s/ John L. Hendricks
John L. Hendricks
HITCHCOCK EVERT LLP
750 North St. Paul Street, Suite 1110
Dallas, Texas 75201
(214)953-1111 Telephone
(214)953-1121 Facsimile
jhendricks@hitchcockevert.com

**ATTORNEYS FOR DEFENDANTS
ALTEX CORPORATION, DECA
INTERNATIONAL CORP. AND L1
TECHNOLOGIES, INC.**

/s/ William L. Buus (by permission)
William L. Buus (*pro hac vice*)
BUUS KIM KUO & TRAN LLP
2030 Main Street, Suite 1300
Irvine, California 92614
949.260.4720 Telephone
939.260.4721 Facsimile
bbuus@bkktlaw.com

**ATTORNEYS FOR DEFENDANT
ALTEX CORPORATION**

*s/* Gary R. Blume (by permission)
Gary R. Blume
BLUME LAW FIRM
11801 North Tatum Blvd.-Suite 124
Phoenix, Arizona  85028
602.494.7976 Telephone
602.494.7313 Facsimile
gblume@blumelawfirm.com

Clinton E. Phillips
JOHNSON FERGUSON PIPKIN & PHILLIPS
107 West Main Street
Decatur, Texas 76234
940.626.0062 Telephone
940.626.0089 Facsimile
phillipsc@jfpplaw.com

**ATTORNEYS FOR DEFENDANT
GOLFLOGIX, INC.**

/s/ Brian E. Moran (by permission)
Brian E. Moran
ROBINSON & COLE, LLP
695 E. Main Street
Stanford, Connecticut  06904-2305
203.462.7512
Fax (203) 462-7599
bmoran@rc.com

Heath Novosad
BRACEWELL & GIULIANI, LLP
711 Louisiana Street , Suite 2300
Houston, Texas  77002-2770
713.221.1258   Telephone
713.437.5356   Facsimile
heath.novosad@bgllp.com

**ATTORNEYS FOR DEFENDANT
LINKS POINT, INC.**

**NOTICE OF DEFENDANTS JOINING IN MOTION TO
DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION—PAGE 3**

/s/ Jordan T. Fowles (by permission)
John M. Helms
Jordan T. Fowles
FISH & RICHARDSON PC
1717 Main Street-Suite 5000
Dallas, Texas 75201
214.747.5070 Telephone
214.747.2091 Facsimile
helms@fr.com
fowles@fr.com

**ATTORNEYS FOR DEFENDANT
TEE2GREEN TECHNOLOGIES,
PTY LTD.**


/s/ J. Mark Wilson (by permission)
J. Mark Wilson
MOORE & VAN ALLEN
100 North Tryone Street-Suite 4700
Charlotte, North Carolina 28202
704.3313.1177 Telephone
703.331.1159 Facsimile
markwilson@mvalaw.com

        and

Roger L. McCleary
BEIRNE MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard-Suite 2400
Houston, Texas 77056
 (713) 623 0887 (Office)
(713) 960 1527 (Fax)
rmccleary@bmpllp.com

Sawnie A. McEntire
BEIRNE MAYNARD & PARSONS, L.L.P.
1700 Pacific Avenue-Suite 4400
Dallas, Texas 75201-7305
(214) 237-4300 (Office)
(214) 237-4340 (Fax)
smcentire@bmpllp.com

**ATTORNEYS FOR DEFENDANT
GPS TECHNOLOGIES, INC.**


**NOTICE OF DEFENDANTS JOINING IN MOTION TO
DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION—PAGE 4**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing instrument was served on the attorneys of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on the 30th of April, 2009.

/s/ John L. Hendricks

John L. Hendricks