**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GPS INDUSTRIES, INC. AND** | § | |
| **OPTIMAL I.P. HOLDINGS, L.P.,** | § | |
| | § | |
| *Plaintiffs*, | § | **CASE NO: 3:07CV0831-K** |
| | § | |
| **v.** | § | **PATENT CASE** |
| | § | |
| **ALTEX CORPORATION,** | § | **JURY DEMANDED** |
| **DECA INTERNATIONAL CORP.,** | § | |
| **GOLFLOGIX, INC.,** | § | **ECF** |
| **GPS TECHNOLOGIES, INC.,** | § | |
| **L1 TECHNOLOGIES, INC.,** | § | |
| **LINKS POINT, INC.,** | § | |
| **SKYHAWKE TECHNOLOGIES, INC., AND** | § | |
| **TEE2GREEN TECHNOLOGIES, PTY LTD.** | § | |
| | § | |
| *Defendants*. | § | |

## SUGGESTION OF BANKRUPTCY AND RESERVATION OF RIGHTS

Defendants Altex Corporation, Deca International, Corp., GolfLogix, Inc. and L1 Technologies, Inc. (collectively "Altex Defendants"), by and through their attorneys, file this Suggestion of Bankruptcy and Reservation of Rights: (1) to provide formal notice that Plaintiff GPS Industries, Inc. ("GPSI") has filed a petition for relief under the U.S. Bankruptcy Code, (2) to attach a true and correct copy of GPSI's notice of bankruptcy filing, and (3) to reserve the right to seek any and all appropriate fees and/or costs against the debtor based upon this litigation if and when the automatic stay is lifted and pursuant to 11 U.S.C. § 108(c); and would respectfully show the Court the following:

1. Altex Defendants have become aware that Plaintiff GPSI filed a petition with the United States Bankruptcy Court for the Middle District of Florida (Case No. 8:09-bk-16766)

**SUGGESTION OF BANKRUPTCY AND RESERVATION OF RIGHTS—PAGE 1**

seeking relief under Chapter 11 of the U.S. Bankruptcy Code.  GPSI's petition was filed on or about July 31, 2009.  A true and correct copy of the bankruptcy notice is attached as Exhibit A.

2.   As a result of the bankruptcy filing, any proceedings affecting the rights and/or estate of the debtor GPSI are automatically stayed by operation of law in accordance with the provisions of Section 362(a) of the U.S. Bankruptcy Code.  *See* 11 U.S.C. § 362(a).  In addition, § 108 of the Bankruptcy Code provides for extensions of time for claims in nonbankruptcy proceedings that are subject to the stay.  *See* 11 U.S.C. § 108(c).

3.   To avoid violating the automatic stay, Defendants file this Suggestion of Bankruptcy and Reservation of Rights and requests that the Court (1) toll all time periods for requesting fees and/or additional costs from the debtor (GPSI) in accordance with the provisions of 11 U.S.C. § 108(c); and (2) stay all proceedings in this Court affecting the rights and/or estate of the debtor in accordance with 11 U.S.C. § 362(a).

DATED: August 11, 2009          Respectfully submitted,


/s/ John L. Hendricks
John L. Hendricks
HITCHCOCK EVERT LLP
750 North St. Paul Street, Suite 1110
Dallas, Texas 75201
(214)953-1111 Telephone
(214)953-1121 Facsimile
jhendricks@hitchcockevert.com

**ATTORNEYS FOR DEFENDANTS
ALTEX CORPORATION, DECA
INTERNATIONAL CORP., GOLFLOGIX,
INC., AND L1 TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the attorneys of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on the 11th of August, 2009.

/s/ John L. Hendricks
John L. Hendricks
