IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GPS INDUSTRIES, INC. and | § | |
| OPTIMAL I.P. HOLDINGS, L.P., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:07-CV-0831-K |
| | § | |
| ALTEX CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

## AMENDED FINAL JUDGMENT

This Amended Judgment is entered pursuant to the Court's Memorandum Opinion and Order of this same date, in which the Court granted Plaintiff Optimal I.P. Holdings, L.P.'s Motion for Clarification of the Court's Order and Judgment Granting Defendant Skyhawke Technologies LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

It is therefore, ORDERED, ADJUDGED and DECREED that Plaintiffs take nothing by their suit against Defendants, and that Plaintiffs' claims and Defendants' counterclaims are DISMISSED without prejudice, with all costs taxed against Plaintiffs.

**SO ORDERED**.

Signed August 12th, 2009.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE