# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

<u>Official Caption</u>[1]



2009-1535

GPS INDUSTRIES, INC. and
OPTIMAL I.P. HOLDINGS, L.P.,

Plaintiffs-Appellants,

v.

ALTEX CORPORATION, DECA INTERNATIONALCORP.,
GOLFLOGIX, INC., GPS GOLF PRO, LLC, GPS TECHNOLOGIES, INC.,
KARRIER COMMUNICATIONS, L1 TECHNOLOGIES, INC., LINKS POINT, INC.,
SKYHAWKE TECHNOLOGIES, LLC AND TEE2GREEN TECHNOLOGIES, PTY LTD.,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Texas
in case no. 3:07-CV-0831, Judge Ed Kinkeade.

<u>Authorized Abbreviated Caption</u>[2]

GPS INDUSTRIES V ALTEX CORP, 2009-1535

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders.
FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2009-1535 - GPS INDUSTRIES V ALTEX CORP

**Date of docketing:** 09/02/2009

**Appeal from:** United States District Court / Northern District of Texas
case no. 3:07-CV-00831

**Appellant(s):** GPS Industries, Inc and Optimal I.P. Holdings, L.P.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, Northern District of Texas
Michael W. Shore
William L. Buus