RECEIVED

JUN 1 4 2011

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CLERK'S OFFICE COPY

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**GPS INDUSTRIES, INC. and OPTIMAL I.P. HOLDINGS, L.P.,**
*Plaintiffs-Appellants,*

v.

**ALTEX CORPORATION, DECA INTERNATIONAL CORP., GOLFLOGIX, INC., and L1 TECHNOLOGIES, INC.,**
*Defendants-Appellees,*

and

**GPS GOLF PRO, LLC, KARRIER COMMUNICATIONS, GPS TECHNOLOGIES, INC., LINKS POINT, INC., and TEE2GREEN TECHNOLOGIES, PTY LTD.,**
*Defendants*

and

**SKYHAWKE TECHNOLOGIES, LLC,**
*Defendant-Appellee.*

---

2009-1535

---

Appeal from the United States District Court for the Northern District of Texas in No. 3:07-CV-00831, Judge Ed Kinkeade.

---

## JUDGMENT

---

THERESA M. DAWSON, Shore Chan Bragalone, LLP, of Dallas, Texas, argued for the plaintiffs-appellants. With her on the brief were MICHAEL W. SHORE, RAJKUMAR VINNAKOTA and ALFONSO GARCIA CHAN.

JOHN L. HENDRICKS, Hitchcock Evert LLP, of Dallas, Texas, for defendants-appellees Altex Corporation, et al.

THOMAS J. FISHER, Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P., of Alexandria, Virginia, argued for defendant-appellee Skyhawke Technologies, LLC. With him on the brief were ARTHUR I. NEUSTADT, JORDAN S. WEINSTEIN, ROBERT C. NISSEN and ERIC W. SCHWEIBENZ.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, PROST and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 8, 2011
Date

Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN − 8 2011

**JAN HORBALY**
**CLERK**